Hugo RYAN–MONCADA, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 09–71442.

United States Court of Appeals,
Ninth Circuit.

Submitted June 29, 2010.[*]

Filed July 19, 2010.

Hugo Ryan–Moncada, Lancaster, CA,
pro se.

Aimee J. Frederickson, Trial, DOJ—
U.S. Department of Justice Civil Division/Office of Immigration Litigation,
Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of
Homeland Security, San Francisco, CA,
for Respondent.

Before: ALARCÓN, LEAVY, and
GRABER, Circuit Judges.

MEMORANDUM [**]

Hugo Ryan–Moncada, a native and citizen of Peru, petitions pro se for review of
the Board of Immigration Appeals' order
dismissing his appeal from an immigration
judge's removal order. We dismiss the
petition for review.

We lack jurisdiction to review the agency's denial of Ryan–Moncada's request for
voluntary departure. *See* 8 U.S.C.

§ 1229c(f); *Alvarez–Santos v. INS,* 332
F.3d 1245, 1255 (9th Cir.2003).

PETITION FOR REVIEW DISMISSED.

---

[*] The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

